UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GRACE SOLIS, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 13-CIV-23059 |
| | ) |
| OXFORD LAW OFFICE, LLC, | ) |
| a Minnesota limited liability company, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY stipulated by and between the undersigned counsel for the Plaintiff, GRACE SOLIS, and Defendant, OXFORD LAW OFFICE, LLC, that this cause having been settled to the satisfaction of the respective parties herein, may be dismissed with prejudice, with each of the respective parties herein to bear their own attorneys' fees and costs unless expressly agreed upon otherwise by the parties.

It is further agreed that this Court shall maintain jurisdiction over this action in the event it becomes necessary to enforce the terms of the Settlement Agreement.

Dated: February 11, 2014.

Respectfully submitted,

| | |
|---|---|
| s/ Scott D. Owens | s/ Ronald S. Canter |
| Scott D. Owens, Esq. | Ronald S. Canter |
| Scott Owens, P.A. | Law Offices of Ronald S. |
| 664 E. Hallandale Beach Blvd. | Canter, LLC |
| Hallandale, FL 33009 | 200A Monroe St., Ste. 104 |
| Tel: 954-589-0588 | Rockville, MD 20850 |
| Fax: 954-337-0666 | Tel: 301-424-7490 |
| scott@scottdowens.com | Fax: 301-424-7470 |
| | rcanter@roncanterllc.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

BY: _s/ Scott D. Owens_
Scott D. Owens, Esq.