UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-23059-CIV-DIMITROULEAS

GRACE SOLIS, Individually,

    Plaintiff,

vs.

OXFORD LAW, LLC,
a Minnesota limited liability company,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court on the parties' Joint Stipulation of Dismissal (the "Stipulation") [DE 28], filed herein on February 11, 2014. The Court has carefully considered the Stipulation [DE 28] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 28] is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice**, with each party to bear its own attorneys' fees and costs except as otherwise agreed by the parties;

3. Though the parties ask the Court to retain jurisdiction to enforce the settlement agreement, the Court lacks the power to do so. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012) ("[F]or a district court to retain jurisdiction over a settlement agreement where the parties dismiss the case by filing a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) . . . the parties must condition the effectiveness of the stipulation on the district court's entry of an order retaining jurisdiction."); and

      4.      The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 11th day of February, 2014.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record